IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

NICHOLAS HUFFMAN,
    Plaintiff
vs.                                                              Civil Case No.:16-cv-08637

BRANCH BANKING & TRUST COMPANY
    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nicholas Huffman, by counsel, and the Defendant Branch Banking & Trust Company hereby submit notice to the Court that the matters at issue between them in the present action, which concern the claims set forth in Plaintiff's Complaint concerning the parties and Plaintiff, Nicholas Huffman, have been compromised, agreed, and settled. Within thirty (30) days or such other time ordered by the Court, the Parties shall submit a Joint Dismissal Order for entry by the Court.

Dated: May 31, 2017                                    Respectfully Submitted,

                                                                Nicholas Huffman
                                                                By Counsel

                                                                /s/Benjamin M. Sheridan
                                                                Benjamin M. Sheridan (#11296)
                                                                *Counsel for Plaintiff*
                                                                Klein & Sheridan, LC
                                                                3566 Teays Valley Road
                                                                Hurricane, WV 25526

                                                                /s/Jonathan L. Anderson
                                                                Jonathan L. Anderson (WV #9628)

*Counsel for BB&T*
JACKSON KELLY PLLC
500 Lee Street, E.
P.O. Box 553
Charleston, WV 253222

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

NICHOLAS HUFFMAN,
    Plaintiff
vs.                                                                           Civil Case No.:16-cv-08637

BRANCH BANKING & TRUST COMPANY
    Defendant.

## CERTIFICATE OF SERVICE

I, Benjamin Sheridan, attorney for the Plaintiff, certify that I served a true copy of the foregoing **JOINT NOTICE OF SETTLEMENT** on the Defendant as listed below on this 31st day of May 2017 via ECF, *first class mail postage* prepaid.

Jonathan L. Anderson (WV #9628)
JACKSON KELLY PLLC
500 Lee Street, E.
P.O. Box 553
Charleston, WV 25322

                                                                          /S/ Benjamin Sheridan
                                                                          Benjamin Sheridan (# 11296)
                                                                          Klein & Sheridan, LC
                                                                          Clyffeside Professional Building
                                                                          3566 Teays Valley Rd
                                                                          Hurricane, WV 25526
                                                                          Phone: (304) 562-7111