IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

Huntington Division

NICHOLAS HUFFMAN,

    Plaintiff,

v.                                                Case No. 3:16-cv-08637
                                                Judge Chambers

BRANCH BANKING AND TRUST COMPANY,

    Defendant.

## FINAL AGREED ORDER OF DISMISSAL

On this day came the plaintiff and the defendant, Branch Banking and Trust Company, by their respective counsel, and informed the Court that all matters in controversy between these parties have been fully compromised and settled. The parties jointly moved the Court to dismiss all of the plaintiff's claims against the defendant, with prejudice.

It appearing proper to do so, it is accordingly **ORDERED** that the plaintiff's claims against the defendant be dismissed, with prejudice, as being fully compromised and settled. It is further **ORDERED** that this matter removed from the Court's docket.

The Court **DIRECTS** the Clerk to send a copy of this Order to all counsel of record, and to any unrepresented party.

ENTER: 7/10/17

ROBERT C. CHAMBERS, CHIEF JUDGE

PREPARED BY:

/s/ Jonathan L. Anderson
Jonathan L. Anderson (WVSB #9628)
jlanderson@jacksonkelly.com
JACKSON KELLY PLLC
1600 Laidley Tower
Charleston, WV 25322-0553
(304) 340-1000
*Counsel for Defendant*


INSPECTED AND APPROVED BY:

/s/Benjamin Sheridan
Benjamin Sheridan, Esq.
KLEIN & SHERIDAN, LC
3566 Teays Valley Road
Hurricane, WV 25526
*Counsel for Plaintiff*

4836-0480-2123.v1